1546

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 14-216 |
| v. | ) (26 U.S.C. § 5861(d) and |
| | ) 18 U.S.C. §§ 842(a)(1) |
| ERIC CHARLES SMITH | ) and 844(a)(1)) |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about July 27, 2014, in the Western District of Pennsylvania, the defendant, ERIC CHARLES SMITH, did knowingly and unlawfully possess a firearm, namely a destructive device as defined in Title 26, United States Code, Section 5845(f), which was not registered to him in the National Firearms Registration and Transfer Record, specifically depicted in Attachment A.

In violation of Title 26, United States Code, Section 5861(d).

## COUNT TWO

The grand jury further charges:

From on or about March 2, 2014, through on or about July 27, 2014, in the Western District of Pennsylvania, the defendant, ERIC CHARLES SMITH, knowingly engaged in the business of manufacturing and dealing in explosive materials, namely an explosive mixture containing potassium perchlorate and aluminum, without a license to do so pursuant to Chapter 40 of Title 18, United States Code.

In violation of Title 18, United States Code, Sections 842(a)(1) and 844(a)(1).

A true bill,

*[signature]*
FOREPERSON

*[signature]*
DAVID J. HICKTON
United States Attorney
PA ID No. 34524