IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

2:14-cr-216
**ELECTRONICALLY FILED**

ERIC CHARLES SMITH,

    Defendant.

## CHANGE OF PLEA

AND NOW, the defendant in the above entitled case hereby withdraws his plea of not guilty and now pleads guilty to Count 1 of the indictment in open court this 4th day of August, 2015.

_____
(Defendant's Signature)

_____
(Attorney for Defendant's Signature)