IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 14-216 |
| | ) | |
| ERIC CHARLES SMITH | ) | |

POSITION OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS

AND NOW, comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and James T. Kitchen, Assistant United States Attorney for said District, and pursuant to Rule 32(C)(4) of the Local Rules of this Court, respectfully represents as follows:

1. The government received the presentence report for Eric Charles Smith, and subsequently conferred with the office of opposing counsel, Akin Adepoju, Esquire, and Gregory D. Wilson of the United States Probation Office regarding the contents of the presentence report.

2. Pursuant to the Sentencing Guidelines, the government hereby states that it has no objections, additions or modifications to the presentence report. Furthermore, the government does not anticipate arguing for a sentence which would require a departure or variance from the calculated advisory guideline range.

Respectfully submitted,

DAVID J. HICKTON
United States Attorney

By: s/ James T. Kitchen
JAMES T. KITCHEN
Assistant U.S. Attorney
PA ID No. 308565
U.S. Attorney's Office
U.S. Post Office & Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
Office: 412-894-7402
Fax: 412-644-2645
Jimmy.Kitchen@usdoj.gov